```
                    UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF TENNESSEE
                        NORTHEASTERN DIVISION
```

**GEORGE HUMPHREY**                      )
                                         )
**v.**                                   ) Civil Action No. 2:09-0034
                                         ) Judge Campbell/Knowles
**DAVID MORGAN, et al.**                 )

### O R D E R

The Initial Case Management Conference in this action will be held on **Wednesday, August 18, 2010, at 10:00 a.m.** Prior to the hearing, counsel for the parties are directed to confer on a Proposed Case Management Order for the progression of this case, which shall be submitted three (3) days prior to the Case Management Conference.

IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　E. CLIFTON KNOWLES
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge