UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF TENNESSEE
                         NASHVILLE DIVISION


**GEORGE HUMPHREY**              )
                                 )
**v.**                           )   Civil Action No. 2:09-0034
                                 )   Judge Campbell/Knowles
**DAVID MORGAN, et al.**         )


                           **O R D E R**

The Initial Case Management Conference in this action currently scheduled for Wednesday, August 18, 2010, at 10:00 a.m. is hereby rescheduled for **Tuesday, August 24, 2010, at 10:30 a.m.**

IT IS SO ORDERED.

                                        _____
                                        E. CLIFTON KNOWLES
                                        United States Magistrate Judge