UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| GEORGE HUMPHREY ) | |
| ) | |
| ) | NO. 2:09-0034 |
| v. ) | JUDGE SHARP |
| ) | |
| DAVID MORGAN, et al. ) | |

## ORDER

Pending before the Court is Defendants' Motion for Leave of Court to Manually File Exhibit (Docket Entry No. 24). Defendants seek to file a DVD in support of their Motion for Summary Judgment. The motion is hereby GRANTED, and Defendants shall file the exhibit manually within seven (7) days of the entry of this order

IT IS SO ORDERED

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE