IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| GEORGE HUMPHREY ) | |
| ) | |
| ) | Case No. 2:09-0034 |
| v. ) | JUDGE SHARP |
| ) | |
| DAVID MORGAN, et al. ) | |

**O R D E R**

Pursuant to the Notice of Voluntary Dismissal with Prejudice (Docket Entry No. 33) filed by the Plaintiff, this action is hereby dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE